IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ALDA GENTILE & CODY A WHITE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-cv-00141-LGW-RSB |
| | ) | |
| BLAKE TAYLOR, WILL WOOLARD, | ) | |
| and CEDRIC L. BROWN, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

COME NOW the parties to the above-captioned action, by and through their undersigned counsel, and hereby stipulate to the dismissal of the case with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  The parties respectfully request that the Court issue an Order dismissing this case with prejudice.  The parties shall bear their own costs.

Respectfully submitted, this 14th day of May, 2015.


/s/  William J. Atkins, Esq.
WILLIAM J. ATKINS
Georgia State Bar No. 027060
*Attorney for Plaintiffs*
344 Woodward Avenue, S.E.
Atlanta, Georgia  30312
(404) 525-1080
*batkins@edmondfirm.com*

/s/  Garret W. Meader, Esq.
GARRET W. MEADER
Georgia State Bar No. 142402
*Attorney for Defendants Woolard & Brown*
DREW ECKL & FARNHAM, LLP
777 Gloucester Street, Suite 305
Brunswick, Georgia  31520
(912) 280-9662
*gmeader@deflaw.com*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ALDA GENTILE & CODY A WHITE,    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | |
| v.    ) | CASE NO. 2:14-cv-00141-LGW-RSB |
| ) | |
| BLAKE TAYLOR, WILL WOOLARD,    ) | |
| and CEDRIC L. BROWN, individually,    ) | |
| ) | |
| Defendants.    ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 14th day of May, 2015.

Respectfully submitted,

/s/  Garret W. Meader, Esq.
GARRET W. MEADER
Georgia Bar No. 142402
*Attorney for Defendants Woolard and Brown*
DREW ECKL & FARNHAM, LLP
777 Gloucester Street, Suite 305
Brunswick, Georgia  31520
(912) 280-9662
*gmeader@deflaw.com*